UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| NATHANIEL WILLIAMS, | ) | 3:19-cv-00173-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | November 25, 2020 |
| THRASHER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER    REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion for Court to Enforce a Previous Order" (ECF No. 25). Plaintiff contends Defendants' Notice of Acceptance of Service (ECF No. 24) is "inadequate and will send end up costing a significant amount of the courts, the state and the parties time, expenses and resources." (*Id.* at 2.)

On November 18, 2020, Defendants filed a Notice of Acceptance stating "Service is *not* accepted at this time on behalf of Defendants Philip Gang, Ronald Oliver, Dale Roberson, and Carlin Taylor, who are current or former NDOC employees who have not consented to this Office accepting service on their behalf at this time in this matter. *Their last known addresses will be filed under seal*, and this Office will notify the Court if and when any or all of these Defendants consent to this Office's acceptance of service and representation on their behalf. Further, service is not accepted at this time on behalf of Defendants Steward, Vasques, and St. Mary, as this Office is unable to ascertain the identities of these Defendants at this time." (ECF No. 24; emphasis added.)

Plaintiff's motion states that "Deputy Attorney General 'Olsen' did not even mention defendant #18 John Borrowman" or "defendant #17 Pam Del Porto." (ECF No. 25 at 3.) Plaintiff is advised that, pursuant to District Judge Robert C. Jones' Screening Order on Plaintiff's Amended Complaint (ECF No. 9), John Borrowman and Pam Del Porto are no longer Defendants in this case.

/ / /

MINUTES OF THE COURT
3:19-cv-00173-RCJ-WGC
November 25, 2020
Page 2
_____/

      Plaintiff's motion further claims that (1) Defendant St. Mary was working at Southern Desert Correctional Center (SDCC) in 2018, (2) Correctional Officer Steward was/is a Correctional Officer at SDCC who searched Plaintiff's cell was searched on March 5, 2018, and (3) Correctional Officer Vasques (Vasquez) was/is a Correctional Officer at SDCC who searched Plaintiff's cell on April 14, 2018.

      **IT IS HEREBY ORDERED** that Plaintiff's "Motion for Court to Enforce a Previous Order" (ECF No. 25) is **GRANTED IN PART** and **DENIED IN PART**.

      **IT IS FURTHER ORDERED** that the Office of the Attorney General shall file under seal **within ten (10) days of the date of this order** the last known addresses for Defendants Ronald Oliver, Dale Roberson, and Carlin Taylor.

      **IT IS FURTHER ORDERED** that based upon the additional information provided by Plaintiff in ECF No. 25 regarding the Defendants the Attorney General's Office was unable to identify, the Attorney General's Office shall attempt again to identify and locate Defendants St. Mary, Steward and Vasques (Vasquez). The Office of the Attorney General shall file a Notice regarding information and/or identity of these Defendants, if any, on or before **Friday, December 18, 2020**.

                                   DEBRA K. KEMPI, CLERK

                                     By: _____/s/_____
                                                  Deputy Clerk