# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| NATHANIEL WILLIAMS, ) | 3:19-cv-00173-RCJ-WGC | |
| Plaintiff, ) | **MINUTES OF THE COURT** | |
| vs. ) | December 15, 2020 | |
| THRASHER, et al., ) | | |
| Defendants. ) | | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER     REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion to Substitute True Name of Defendant" (ECF No. 32). Plaintiff states "In my amended complaint (ECF 9-1) Defendant #7's name is misspelled (typo) as 'C.O. Vasques' when it should be 'C.O. Vasquez'." (*Id.*)  There has been no response filed by Defendants.

**IT IS HEREBY ORDERED** that Plaintiff's "Motion to Substitute True Name of Defendant" (ECF No. 32) is **GRANTED**.  The Clerk of Court shall correct the Defendant's name on the docket.

**IT IS FURTHER ORDERED** that the Attorney General's Office shall have to and including **Friday, January 8, 2021**, to file a notice advising the court and Plaintiff if they can accept service for Defendant Vasquez.  If the Attorney General's Office is unable to accept service for the Defendant, the Office shall file, under seal, but shall not serve the inmate Plaintiff the last known address of the Defendant.  If the Attorney General accepts service of process for the Defendant, it shall file and serve an answer to Plaintiff's Amended Complaint (ECF No. 10) within sixty (60) days from the date of this order.

DEBRA K. KEMPI, CLERK

By:       /s/                                    
Deputy Clerk