## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| NATHANIEL WILLIAMS, | ) | 3:19-cv-00173-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | December 17, 2020 |
| THRASHER, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER     REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion Requesting an Extension of Time to Perfect Service" (ECF No. 39). Plaintiff requests an additional sixty (60) days to perfect service on Defendants Roberson, Oliver, Taylor, St. Mary, Steward, and Vasquez. Additionally, Plaintiff requests an additional sixty (60) days to perfect service on Defendants Borrowman and Del Porto who were dismissed in the court's Screening Order. (*Id.* at 3.)

**IT IS HEREBY ORDERED** that Plaintiff's "Motion Requesting an Extension of Time to Perfect Service" (ECF No. 39) is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff's motion is **GRANTED** to the extent that Plaintiff shall have to and including **Monday, February 15, 2021**, in which to serve Defendants Roberson, Oliver, Taylor, St. Mary, Steward, and Vasquez. Plaintiff's motion is **DENIED** as to Defendants Borrowman and Del Porto as these Defendants were dismissed by District Judge Robert C. Jones in the Screening Order (ECF No. 9).

DEBRA K. KEMPI, CLERK

By:  /s/_____
         Deputy Clerk