UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| NATHANIEL WILLIAMS, | ) | 3:19-cv-00173-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | January 26, 2021 |
| THRASHER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER     REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The Office of the Attorney General did not accept service of process on behalf of Defendants **Sha'Kayla St. Mary** and **Zachery Steward,** however, the Attorney General has filed the last known addresses of these Defendants under seal (ECF No. 48). If Plaintiff wishes to have the U.S. Marshal attempt service on these Defendants, he shall follow the instructions contained in this order.

The Clerk shall issue summonses for **Sha'Kayla St. Mary** and **Zachery Steward** and send the same to the U.S. Marshal with the addresses provided under seal (ECF No. 48). The Clerk shall also send two (2) copies of the First Amended Complaint (ECF No. 10), two (2) copies of the court's screening order (ECF No. 9), and two (2) copies of this order to the U.S. Marshal for service on the Defendants. The Clerk shall also send to Plaintiff two (2) USM-285 forms. Plaintiff shall have until **Friday, February 19, 2021,** to complete the USM-285 service forms and return them to the U.S. Marshal, 400 South Virginia Street, Room 201, Reno, Nevada 89501.

If Plaintiff fails to follow this order, the above-listed Defendants may be subject to dismissal for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:      /s/_____
         Deputy Clerk