# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| NATHANIEL WILLIAMS, | ) | 3:19-cv-00173-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | May 4, 2021 |
| THRASHER, et al., | ) | |
| Defendants. | ) | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: KAREN WALKER    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion to Extend Time to Identify and Properly Serve Doe Defendants" (ECF No. 80). Plaintiff requests a 90-day extension in which to identify and serve Doe Defendants listed in Counts II and III pursuant to the court's screening order.

Plaintiff's "Motion to Extend Time to Identify and Properly Serve Doe Defendants" (ECF No. 80) is **GRANTED** to the extent that Plaintiff shall have to and including **Tuesday, July 6, 2021**, in which to identify and serve John Doe 1 and John Doe 2 listed in Plaintiff's First Amendment retaliation claim in Counts II and III pursuant to the court's screening order (ECF No. 9 at 12).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:    /s/
   Deputy Clerk