## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| NATHANIEL WILLIAMS, | ) | 3:19-cv-00173-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | July 26, 2021 |
| THRASHER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KAREN WALKER</u>    REPORTER:   <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion for Courts Leave for the Meet & Confer Requirement to be Satisfied via Written Communication" (ECF No. 98). Plaintiff states that when he has a scheduled teleconference, he unable to "work on the day of the teleconference, preventing working to clean up Nevada & projects to make Nevada safer such as fuel reduction for wildfires." (*Id.* at 1.)

**IT IS HEREBY ORDERED** that Plaintiff's "Motion for Courts Leave for the Meet & Confer Requirement to be Satisfied via Written Communication" (ECF No. 98) is **DENIED**. While the court recognizes the meet and confer conference may interfere with Plaintiff's work schedule, it is Plaintiff's motion which is requiring the multiple attempts to resolve the discovery disputes.

**IT IS FURTHER ORDERED** that the Deputy Attorney General shall reschedule a meet and confer conference and within **ten (10) days** thereafter file a report identifying the remaining discovery issues.   Plaintiff shall have **five (5) days** thereafter to file a response, if necessary.  Plaintiff is again advised his failure to cooperate in the meet and confer process could result in a dismissal of his action.

DEBRA K. KEMPI, CLERK

By: _____/s/_____

Deputy Clerk